UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALFRIDO LEYVA MATEO, Quintanna
Roo Cancun, Mexico,

      Petitioner,

v.                                            Case No:  2:14-cv-69-FtM-38DNF

KIYOMI TORRES GONZALEZ,

      Respondent.
_____/

## ORDER

This matter comes before the Court on review of Petitioner's Verified Petition for Return of Minor Child to Mexico (Doc. #1) filed on February 6, 2014.  The Petition is filed pursuant to The Convention on the Civil Aspects of International Child Abduction (the Hague Convention) and the International Child Abduction Remedies Act (ICARA). Petitioner Walfrido Leyva Mateo (Petitioner or Mateo) contends that his three-year-old son, M.Y.L., has been wrongly retained in Naples, Florida by his mother, Kiyomi Torres Gonzalez (Respondent or Gonzalez) and requests that he be returned to Mexico, his country of habitual residence.  The Court summarized the legal principles applicable to such matters in Mendez Lynch v. Mendez Lynch, 220 F. Supp. 2d 1347, 1356-58 (M.D. Fla. 2002).  See also In re Ahumada Cabrera, 323 F. Supp. 2d 1303, 1311 (S.D. Fla. 2004).

Petitioner requests the following provisional relief under the authority of 42 U.S.C. § 11604:

(1) An Order prohibiting the removal of the Child from the Middle District of Florida pending final disposition of this Petition for Return or further Order of the Court;

(2) An Order directing Respondent to surrender her and the minor child's passports and any other travel documents to this Court;

(3) An Order directing the prompt return of the Child to his habitual residence of Mexico in the company of the Petitioner, or alternatively, in the company of Respondent; and

(4) An Order directing Respondent to pay Petitioner's necessary expenses, including attorney's fees, costs, and travel expenses.

Accordingly, it is now

**ORDERED:**

Subject to a motion for reconsideration, which Respondent may file,

(1) Petitioner shall forthwith serve a copy of this Order, together with copies of the Petition and all other papers that have been filed in this action upon Respondent.  Petitioner shall then file a certificate of service for those documents.

(2) Respondent is directed to surrender to this Court all travel documents, including passports and travel visas for herself and the minor child, M.Y.L.  Respondent shall deposit such documents with the Clerk of this Court **within seven (7) days** of receiving this Order.

(3) Pending full adjudication of this matter, Respondent **shall not** remove or cause to be removed the minor child from the jurisdictional territory of this Court.

(4) The Clerk of the Court shall not issue the standard tracking notice. Rather, the following dates will control this case:

    a. Respondent shall file an answer or other response to the Petition **no later than twenty (20) days** after service of the Petition and other documents filed to date in this case.

    b. Discovery shall be completed **no later than forty (40) days** after service of the Petition and other documents upon Respondent.

(5) The final hearing on the Petition shall be held on **April 1, 2014, at 9:00 a.m.** before the undersigned in Courtroom 5D, Fifth Floor, 2110 First Street, Fort Myers, Florida 33901.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Intake Clerk
All Parties of Record