UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALFRIDO LEYVA MATEO, Quintanna Roo Cancun, Mexico,

      Petitioner,

v.                                                               Case No: 2:14-cv-69-FtM-38DNF

KIYOMI TORRES GONZALEZ,

      Respondent.
_____/

## ORDER[1]

This matter comes before the Court on review of the file. On February 6, 2014, Petitioner Walfrido Leyva Mateo (Petitioner) filed a Verified Petition for Return of Minor Child to Mexico (Doc. #1) pursuant to the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act. Petitioner contends that his three-year-old son, M.Y.L., has been wrongly retained in Naples, Florida by his mother, Kiyomi Torres Gonzalez (Respondent) and requests that he be returned to Mexico, his country of habitual residence.

On February 10, 2014, the Court issued an Order directing Respondent to (1) surrender to it all travel documents, including passports and travel visas for herself and the minor child, M.Y.L. within seven days of receiving that Order; and (2) not to remove or cause to be removed the minor from the jurisdictional territory of this Court. (Doc. #2).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Court further ordered Petitioner to serve a copy of the Order, together with copies of the Petition and all other papers filed in this action upon Respondent, and thereafter file a certificate of service.  ([Doc. #2](Doc. #2)).

Although Petitioner was issued two Summons as to Respondent on February 18, 2014, and February 26, 2014, he has failed to file any certificate of service.  (Docs. #7, 11).  The Court, therefore, is unaware of whether Respondent has received its Order dated February 10, 2014.  The Court notes that this matter is time sensitive and is being treated by the Court as an emergency.  Thus, it is imperative for the Petitioner to keep the Court informed regarding what is occurring and if Respondent is complying with the orders as set forth by the Court.

Accordingly, it is now

**ORDERED:**

(1) On or before **March 7, 2014**, Petitioner shall advise the Court as to the status of the service.  If service has been granted, Petitioner is directed to file a certificate of service indicating the date and location of service on Respondent.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Intake Clerk
All Parties of Record

2