UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALFRIDO LEYVA MATEO, Quintanna
Roo Cancun, Mexico,

      Petitioner,

v.                                         Case No:   2:14-cv-69-FtM-38DNF

KIYOMI TORRES GONZALEZ,

      Respondent.
_____/

## ORDER[1]

This matter comes before the Court on review of Petitioner's Notice of Filing Verified Return of Service filed on March 5, 2014. (Doc. #13). On February 6, 2014, Petitioner Walfrido Leyva Mateo (Petitioner) filed a Verified Petition for Return of Minor Child to Mexico pursuant to the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act. (Doc. #1). Petitioner contends that his three-year-old son, M.Y.L., has been wrongly retained in Naples, Florida by his mother, Kiyomi Torres Gonzalez (Respondent) and requests that he be returned to Mexico, his country of habitual residence.

On February 10, 2014, the Court issued an Order directing, among other things, Petitioner to serve a copy of that Order, the Petition, and all other papers filed in this action upon Respondent, and thereafter file a certificate of service. (Doc. #2). Since

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Petitioner had not filed any certificate of service as of March 4, 2014, the Court ordered Petitioner to advise as to the status of the service. (Doc. #12). In response, Petitioner notified the Court that on February 28, 2014, he served the Summons, Verified Petition for Return of Minor Child to Mexico, and Order dated February 10, 2014, on Digna Gonzalez, the mother and co-resident of Respondent. (Doc. #13). The February 28, 2014 date of service, however, renders certain dates set forth in the Court's Order dated February 10, 2014 (Doc. #2) unworkable. Therefore, the Court will amend those dates.

Accordingly, it is now

**ORDERED:**

(1) The final hearing previously set for April 1, 2014, is rescheduled to **April 29, 2014 at 9:00 a.m.** The Clerk of Court is directed to reissue a Notice of Hearing for April 29, 2014 at 9:00 a.m. before the undersigned in Courtroom 5D, Fifth Floor, 2110 First Street, Fort Myers, Florida 33901.

(2) The other deadlines set forth in the Court's previous Order (Doc. #2) are amended as follows:

   a. Respondent shall file an answer or other response to the Petition by **March 20, 2014**, which is twenty (20) days after she was served.

   b. Discovery shall be completed by **April 9, 2014**, which is forty (40) days after Respondent was served.

(3) Respondent is still required to surrender to the Clerk of this Court all travel documents, including passports and travel visas, for herself and the minor child, M.Y.L. by **March 7, 2014**, which is seven (7) days after she was served. All

other directives set forth in this Court's previous Order ([Doc. #2](Doc. #2)) remain unchanged.

(4) The Clerk of Court is directed to add Respondent's home address, **4331 Atoll Court, Apt. 4, Naples, Florida 34116**, to the docket and forward all future filings in this matter to Respondent at that address.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Intake Clerk
All Parties of Record